IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL DESAI, a.k.a. Pravin O. Desai, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 07-1076-JTM |
| JOE VAUGHT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Plaintiff Paul Desai previously filed an "Application for Leave to File Action Without Payment of Fees, Costs, or Security" (IFP Application). (Doc. 2, sealed.) The application was deficient in several respects, including the absence of a signature by his wife and co-Plaintiff Asha Desai.

As such, on April 20, 2007, the Court noted the "ambiguous nature of Plaintiff's financial condition" and took his application under advisement. (Doc. 3.) Plaintiff was ordered to submit more complete and accurate financial information. The Court ordered that this Supplemental Affidavit must be signed by both Plaintiffs and filed no later than May 7, 2007. Plaintiffs were instructed that the Court would recommend to the assigned District Judge that the application

for *IFP* status be denied if Plaintiffs chose not to comply with the Order and failed to file a Supplemental Affidavit containing the required information by that date.

Plaintiff did not supply the required information by May 7, 2007, but instead requested an extension of 45 days "to consult a legal counsel pertaining to meritorious claims of Plaintiffs as well as other matters . . . ." (Doc. 4.) Under the circumstances described in Plaintiff's motion, the Court finds this request to be reasonable. Plaintiffs' Motion (Doc. 4) is, therefore, **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs be given **45 days** from the date of this Order, until **June 28, 2007**, to consult with counsel, make the relevant determinations, and provide the Court with a Supplemental Affidavit filed under seal, to be signed by all Plaintiffs then named in the case, concerning details as to their sources and amounts of income as outlined in the Court's April 20, 2007, Order.[1]

Dated at Wichita, Kansas, on this 14th day of May, 2007.

             s/   DONALD W. BOSTWICK
             DONALD W. BOSTWICK
             United States Magistrate Judge

---

[1] Plaintiffs are instructed that the failure to find appropriate legal counsel will not release Plaintiffs from the duties imposed by this Order. Should Plaintiffs fail to provide the Court with the information outlined in the April 20, 2007, Order, the Court will recommend to the assigned District Judge that their application for *IFP* status be denied.