IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL DESAI, a/k/a Pravin O. Desai, )
et al., )
 )
         Plaintiffs, )
 )
vs. ) Case No. 07-1076-JTM
 )
JOE VAUGHT, et al., )
 )
         Defendants. )
 )

ORDER OF DISMISSAL

      On July 17, 2007, the United States Magistrate Judge entered a Report and Recommendation with respect to the present proceeding. The Magistrate Judge recommended that plaintiffs' motion to proceed in forma pauperis be denied. The Magistrate Judge further recommended that plaintiffs be given a period of time not to exceed thirty days to pay the filing fee in this case, and if payment was not made within that time, that the case be dismissed for lack of prosecution.

      No objections to the Report and Recommendation have been filed, and the filing fee has not been paid. Accordingly, the court hereby adopts the findings and conclusions of the report, and finds that this action should be dismissed for lack of prosecution.

IT IS SO ORDERED this 22nd day of August, 2007, that this action is hereby dismissed for lack of prosecution and costs are assessed against the plaintiffs.

s/ J. Thomas Marten<br>
J. THOMAS MARTEN, JUDGE